IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
MARTY BAKER, et al.,       )
                           )
    Plaintiffs,            )
                           )    CIVIL ACTION NO.
    v.                     )      2:23cv365-MHT
                           )          (WO)
SCOTT FARM SUPPLY, LLC     )
& MACK W. SCOTT,           )
                           )
    Defendants.            )
```

ORDER

Defendant Mack W. Scott, having made a suggestion of bankruptcy (Doc. 14), and based on the representations made on the record on August 24, 2023, it is the ORDER, JUDGMENT, and DECREE of the court:

(1) That defendant Mack W. Scott is dismissed and terminated without prejudice to the right of any party to petition to reinstate this defendant as a party to pursue any claim embraced herein not adjudicated in or discharged by proceedings in the bankruptcy court;

(2) That such reinstatement, if and when allowed, will cause the filing date of any claim so reinstated

to relate back to the original filing date of this action against said party; and

(3) That any petition for reinstatement must be filed by a party within 63 days after the bankruptcy court has taken such action that entitles that party to seek reinstatement.

The clerk of the court is DIRECTED to mail a copy of this order to the bankruptcy court.

If any party objects to this order, that party should file an objection within five business days of this order.

DONE, this the 24th day of August, 2023.

                                  /s/ Myron H. Thompson  
                              UNITED STATES DISTRICT JUDGE