IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
MARTY BAKER, et al.,         )
                             )
    Plaintiffs,              )
                             )    CIVIL ACTION NO.
    v.                       )      2:23cv365-MHT
                             )          (WO)
SCOTT FARM SUPPLY, LLC       )
                             )
    Defendant.               )
```

## ORDER

Defendant Mack W. Scott, having made a suggestion of bankruptcy (Doc. 14) and having been dismissed without prejudice (Doc. 20), and based on the representations made on the record on January 5, 2024, that the bankruptcy stay applies to defendant Scott Farm Supply, LLC also, and that said defendant should be dismissed as indicated below too, it is the ORDER, JUDGMENT, and DECREE of the court:

(1) That defendant Scott Farm Supply, LLC is dismissed and terminated without prejudice to the right of any party to petition to reinstate this defendant as a party to pursue any claim embraced herein not

adjudicated in or discharged by proceedings in the bankruptcy court;

(2) That such reinstatement, if and when allowed, will cause the filing date of any claim so reinstated to relate back to the original filing date of this action against said party; and

(3) That any petition for reinstatement must be filed by a party within 63 days after the bankruptcy court has taken such action that entitles that party to seek reinstatement.

The clerk of the court is DIRECTED to mail a copy of this order to the bankruptcy court.

If any party objects to this order, that party should file an objection within five business days of this order.

This case is closed.

DONE, this the 5th day of January, 2024.

                                                      /s/ Myron H. Thompson
                                        UNITED STATES DISTRICT JUDGE